UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
The Continental Insurance Company,

                                    Plaintiff(s),

                 -against –

                                                            **O R D E R**

                                                            7:23-CV-06785 (CS)

CM Vantage Specialty Insurance Company,

                                    Defendant(s).
------------------------------------------------------------X
<u>Seibel, J.</u>

   It having been reported to this Court that the claims in this case have been settled, IT IS
HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,
however, that if settlement is not consummated within forty-five days of the date of this order,
Plaintiff may apply by letter within the forty-five-day period for restoration of the action to the
Calendar of the undersigned, in which event the action will be restored.

   **SO ORDERED**.

Dated: May 6, 2024

   White Plains, New York

_____

CATHY SEIBEL, U.S.D.J.